IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JOAN SUMMY-LONG, | : | No. 1:06-cv-1117 |
|---|---|---|
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| THE PENNSYLVANIA STATE UNIVERSITY, et al., | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 9th day of October 2015, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel Discovery, ECF No. 206 is DENIED.

2. The deadline for dispositive motions is December 8, 2015 at 5:00 p.m.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge