IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN SUMMY-LONG, | : | No. 1:06-cv-1117 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| THE PENNSYLVANIA STATE UNIVERSITY, et al., | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 7th day of January 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Certify this Court's October 9, 2015 Order, ECF No. 221, for Interlocutory Appeal to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1292(b), ECF No. 222, is DENIED.

BY THE COURT:


/s Matthew W. Brann
Matthew W. Brann
United States District Judge

1