**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOAN Y. SUMMY-LONG, | : | No. 1:06-cv-01117 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| THE PENNSYLVANIA STATE | : | |
| UNIVERSITY, <u>et al.</u>, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this 27th day of December, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 230, is

   **GRANTED**.

2. The Clerk of Court is directed to enter final judgment in favor of the

   Defendants and to close this case.

BY THE COURT:

<u>/s Matthew W. Brann</u>
Matthew W. Brann
United States District Judge